# UNITED STATES BANKRUPTCY COURT
## District of Arizona

## UNCLAIMED FUNDS DEFECTIVE MEMO

CASE NAME:   BENJAMIN AGUIRRE
CASE NUMBER:   0:99−bk−00057−JMM

TO:              Dilks & Knopik, LLC
                 P O Box 2728, Issaquah, WA 98027−0125

You have filed an Application for Payment of Unclaimed Funds. Your Application cannot be processed because the following checked items were not included in your application. You need to submit these missing documents for the court to consider granting your Application. The following information is needed:

☐       An original power of attorney with a notarized signature is required.

☐       Your application does not include all the information required on the attached Required Information for Payment Form. Please complete this form and return to the court at the below address.

☐       Your application does not include sufficient information to support your entitlement to the unclaimed funds. Include copies of any documentation you may have to support entitlement to these funds.

☐       Your application does not include sufficient evidence as to your identity. Include a copy of your driver's license or any other picture form of identification.

☐       Your application does not state that a copy was mailed to the United States Attorney. Mail only a **copy** of your unclaimed funds application to the office of the United States Attorney. **Complete and return the Notice of Service of Application for Payment of Unclaimed Funds Form.** Their mailing address is: Office of the United States Attorney, 40 North Central Avenue, #1200, Phoenix, AZ 85004−4408.

☐       The unclaimed funds were ordered paid to two persons jointly and the funds may only be paid out on an application signed by both persons.

☐       The social security number or taxpayer identification is required for each person.

☐       Your application was filed by a successor to the original claimant and you have not provided sufficient information regarding proof of any sale of the original claimant company and prior owner, documentation of mergers, purchase agreements or other documentation evidencing your acquisition of the original claimant.

OTHER:  Power of Attorney does not demonstrate authority for Dilks and Knopik, LLC to act on behalf NCO as successor to Commercial Financial Services/CFS/Creditrust.

**Date: October 29, 2008**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court − Yuma
325 W 19th Street, Suite D
Yuma, AZ 85364
Telephone number: (928) 783−2288
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

# REQUIRED INFORMATION FOR PAYMENT

Claimant's Name:_____

Address:_____

City:_____

State:_____

Zip Code:_____

SSN or EIN:_____


Phone Number:_____

Fax Number:_____

Internet Address:_____

Contact Name:_____

**Social security numbers or tax payer's identification numbers should not be included within the application for payment of unclaimed funds, the order, the power of attorney or any other document that may be filed in the court's official bankruptcy files. Instead, the social security number or tax payer's identification number is required to be submitted separately on this form which will be used by the U. S. Bankruptcy Court to process the payment.**

Return Completed Form to:

☐  Clerk, US Bankruptcy Court, Attn: Unclaimed Funds, 230 North First Avenue, Phoenix, AZ 85003−1727
☐  Clerk, US Bankruptcy Court, Attn: Unclaimed Funds, 38 South Scott Avenue, Tucson, AZ 85701−1704

FOR INTERNAL USE ONLY BY US BANKRUPTCY COURT DISTRICT OF AZ

FAST Vendor_____Finsys_____6047BK_____6133BK_____180700  CM/ECF Flag Removed_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                          Case No.: 0:99−bk−00057−JMM

BENJAMIN AGUIRRE                                Chapter: 7
746 E. 26TH STREET
YUMA, AZ 85364
**SSAN:** xxx−xx−1254
**EIN:**

Debtor(s)

---

## NOTICE OF SERVICE

## OF APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Notice is hereby given that on the _____ day of _____ 20_____, a copy of the Application for

Payment of Unclaimed Funds was mailed to the United States Attorney for the District of Arizona, 2 Renaissance

Square, 40 North Central Avenue, Suite 1200, Phoenix, Arizona 85004 by:

_____
**Signature Required**

Return Completed Form to:

☑  Clerk, US Bankruptcy Court, Attn: Unclaimed Funds, 230 North First Avenue, Phoenix, AZ 85003−1727
☐  Clerk, US Bankruptcy Court, Attn: Unclaimed Funds, 38 South Scott Avenue, Tucson, AZ 85701−1704